The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KIMMEL, CARTER, ROMAN, PELTZ & O'NEILL, P.A., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and the COSTCO EMPLOYEE BENEFITS PROGRAM,<br><br>     Defendants. | Case No. 2:19-cv-00741-TSZ<br><br>**ORDER GRANTING STIPULATED MOTION CONCERNING BRIEFING ON DEFENDANTS' MOTION FOR JOINDER OF NECESSARY PARTY (DKT. 12)** |

Having considered the parties' Stipulated Motion Concerning Briefing on Defendants' Motion for Joinder of Necessary Party, docket no. 18, and being fully advised in the premises, the Court hereby GRANTS the motion and ORDERS that: Plaintiff's response to Defendants' Motion for Joinder (Dkt. 12) shall be due five business days after the Court's ruling on Plaintiff's Motion to Defer (Dkt. 15); and (2) Defendants' reply on the Motion for Joinder shall be due four business days after filing of Plaintiff's response.

DATED this 18th day of June, 2019.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION CONCERNING
BRIEFING ON DEFS.' MOTION FOR JOINDER – Page 1
Case No. 2:19-cv-00741-TSZ

Mondress | Monaco | Parr | Lockwood PLLC
2101 Fourth Avenue, Suite 2170
Seattle, Washington 98121
Telephone: (206) 398-1500
Facsimile: (206) 398-1501

Presented by:

By: s/ Michael P. Monaco
Michael P. Monaco
Emily A. McClory
Erick D. Reitz
Mondress Monaco Parr Lockwood PLLC
2101 Fourth Avenue, Suite 2170
Seattle, WA 98121
Telephone: (206) 398-1500
Fax: (206) 398-1501

Attorneys for Defendants

By: s/ Maria S. Diamond
Maria S. Diamond
Diamond Massong, PLLC
1215 Fourth Avenue, Suite 1275
Seattle, WA 98161
Telephone: (206) 445-1258
Fax: (206) 445-1257
maria@diamondmassong.com

By: s/ John S. Spadaro
John S. Spadaro, *pro hac vice*
John Sheehan Spadaro, LLC
54 Liborio Lane
Smyrna, DE 19977
Telephone: (302) 235-7745
Fax: (302) 235-2536
jspadaro@johnsheehanspadaro.com

Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION CONCERNING
BRIEFING ON DEFS.' MOTION FOR JOINDER – Page 2
Case No. 2:19-cv-00741-TSZ