UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIMMEL CARTER ROMAN PELTZ & O'NEILL P.A., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | C19-741 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Defer Defendants' Motion for Joinder, docket no. 15, is DENIED. Pursuant to the Court's June 18, 2019, Order, docket no. 20, Plaintiff's response to Defendants' Motion for Joinder, docket no. 12, is due within five (5) business days of the date of this Order, and Defendants' reply, if any, is due within four (4) business days after the filing of Plaintiff's response.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of June, 2019.

                                                        William M. McCool
                                                        Clerk

                                                        s/Karen Dews
                                                        Deputy Clerk

MINUTE ORDER - 1