# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| KIMMEL CARTER ROMAN PELTZ & O'NEILL P.A., and ASHLI N. GERLACH, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION and the COSTCO EMPLOYEE BENEFITS PROGRAM,<br><br>     Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C19-741 TSZ |

\_\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion to Dismiss is GRANTED. This case is dismissed with prejudice.

Dated this 12th day of February, 2020.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk